IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J.P. SCHMIDT, in his capacity as Liquidator of THE HAWAIIAN INSURANCE & GUARANTY COMPANY, LTD., and HAWAII INSURANCE GUARANTY ASSOCIATION, a non-profit unincorporated legal entity,<br><br>            Plaintiffs,<br><br>      vs.<br><br>VORNADO AIR CIRCULATION SYSTEMS, INC., a Kansas corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants,<br>_____<br><br>VORNADO AIR CIRCULATION SYSTEMS, INC.,<br><br>            Defendant and<br>            Third-Party<br>            Plaintiff,<br><br>      vs.<br><br>A.O. SMITH ELECTRICAL PRODUCTS COMPANY; A.O. SMITH CORPORATION; UPPCO CORPORATION; ELECTRI-CORD MANUFACTURING COMPANY; AND UNICABLE, INC.; AND JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>            Third-Party<br>            Defendants.<br>_____ | CIVIL NO. 07-00098 SOM/LEK (Consolidated with CIVIL NO. 06-00202 JMS/LEK)<br><br>ORDER CLARIFYING THAT JUDGE J. MICHAEL SEABRIGHT WILL DECIDE THE APPEAL FROM MAGISTRATE JUDGE LESLIE E. KOBAYASHI'S ORDER GRANTING IN PART AND DENYING IN PART VORNADO AIR CIRCULATION SYSTEMS, INC.'S MOTION TO CONSOLIDATE |

|  |  |
|---|---|
| BRENDA QUIRIT, individually and as Personal Representative of the Estate of MARIKA AKESA MELELINA QUIRIT; and FUAVASA "PHILLIP" QUIRIT, SR., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>VORNADO AIR CIRCULATION SYSTEMS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT CORPORATIONS; and DOE GOVERNMENTAL ENTITIES 1-10 <br><br>　　　　Defendants. | CIVIL NO. 06-00202 JMS/LEK (Consolidated with CIVIL NO. 07-00098 SOM/LEK) |

### ORDER CLARIFYING THAT JUDGE J. MICHAEL SEABRIGHT WILL DECIDE THE APPEAL FROM MAGISTRATE JUDGE LESLIE E. KOBAYASHI'S ORDER GRANTING IN PART AND DENYING IN PART VORNADO AIR CIRCULATION SYSTEMS, INC.'S MOTION TO CONSOLIDATE

Before this court is an appeal from an order issued by Magistrate Judge Leslie E. Kobayashi consolidating for discovery purposes, but not for trial, <u>Quirit v. Vornado Air Circulation Systems, Inc.</u>, Civil No. 06-00202 JMS-LEK, and <u>Schmidt v. Vornado Air Circulation Systems, Inc.</u>, Civil No. 07-00098 SOM-LEK. Having consulted with Judge J. Michael Seabright about the matter, I hereby clarify that Judge Seabright will decide the appeal from the consolidation order. Judge Seabright's consideration of the appeal is in accordance with this court's usual practice of having consolidated matters determined by the judge assigned to the earlier case.

Without intending to state any substantive position on any matter on appeal, I also clarify my understanding of the last sentence of Magistrate Judge Kobayashi's consolidation order. That last sentence provides: "It is also hereby ordered that Counsel should reflect the case number as Civil No. 07-00098 SOM LEK on all further pleadings submitted." As I understand that sentence, it formally transfers nondispositive matters in Civil No. 07-00098, originally assigned to Magistrate Judge Barry M. Kurren, to Magistrate Judge Kobayashi. This understanding is consistent with the docket entry of April 17, 2007, which states, "Civil No. 07-00098SOM-BMK is re-assigned to Magistrate Judge Leslie E. Kobayashi. Counsel should reflect the case number as Civil No. 07-00098 SOM-LEK on all further pleadings submitted." In other words, the last sentence of Magistrate Judge Kobayashi's consolidation order does not instruct the parties to file documents relating to Civil No. 06-00202 JMS-LEK under Civil No.

3

07-00098 SOM-LEK, and parties should not do so unless expressly ordered to do so in a subsequent order.

DATED: Honolulu, Hawaii; May 15, 2007.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Brenda Quirit v. Vornado Air Circulation Systems, Inc.; CIVIL NO. 06-00202 JMS/LEK; ORDER CLARIFYING THAT JUDGE J. MICHAEL SEABRIGHT WILL DECIDE THE APPEAL FROM MAGISTRATE JUDGE LESLIE E. KOBAYASHI'S ORDER GRANTING IN PART AND DENYING IN PART VORNADO AIR CIRCULATION SYSTEMS, INC.'S MOTION TO CONSOLIDATE